UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| Ryan Hengel, individually and on behalf of all others similarly situated, | 3:22-cv-02741-DWD |
| Plaintiff, | |
| - against - | |
| Edgewell Personal Care Brands, LLC, | |
| Defendant | |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:     April 17, 2023

                                                   Respectfully submitted,

                                                   /s/Spencer Sheehan
                                                 Sheehan & Associates, P.C.
                                                 60 Cuttermill Rd Ste 412
                                                 Great Neck NY 11021
                                                 (516) 268-7080
                                                 spencer@spencersheehan.com